Same case below, 626 F.3d 1187.

**No. 11-47. Mini Melts, Incorporated, Petitioner v. Reckitt Benckiser, Incorporated.**

565 U.S. 880, 132 S. Ct. 246, 181 L. Ed. 2d 141, 2011 U.S. LEXIS 5299.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 418 Fed. Appx. 271.

**No. 11-50. Alto Eldorado Partnership, et al., Petitioners v. Santa Fe County, New Mexico, et al.**

565 U.S. 880, 132 S. Ct. 246, 181 L. Ed. 2d 141, 2011 U.S. LEXIS 5378.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 634 F.3d 1170.

**No. 11-51. Daynean Richards, Petitioner v. JRK Property Holdings.**

565 U.S. 880, 132 S. Ct. 246, 181 L. Ed. 2d 141, 2011 U.S. LEXIS 5259.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 405 Fed. Appx. 829.

**No. 11-52. Kenny Archila, Petitioner v. KFC U.S. Properties, Inc.**

565 U.S. 880, 132 S. Ct. 246, 181 L. Ed. 2d 141, 2011 U.S. LEXIS 5444.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 420 Fed. Appx. 667.

**No. 11-53. Solange Chadda, Petitioner v. Tom Block.**

565 U.S. 880, 132 S. Ct. 246, 181 L. Ed. 2d 141, 2011 U.S. LEXIS 5445.

October 3, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 11-54. James D. Schneller, Petitioner v. WCAU Channel 10.**

565 U.S. 880, 132 S. Ct. 246, 181 L. Ed. 2d 141, 2011 U.S. LEXIS 5792.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 413 Fed. Appx. 424.

**No. 11-55. Bruce J. Liban, Petitioner v. Middlebrook at Monmouth.**

565 U.S. 880, 132 S. Ct. 247, 181 L. Ed. 2d 141, 2011 U.S. LEXIS 5494,

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 419 Fed. Appx. 284.